# IN THE SUPREME COURT OF PENNSYLVANIA
# WESTERN DISTRICT

PG PUBLISHING COMPANY, INC., AND THE BUTLER EAGLE,

    Respondents

        v.

PITTSBURGH TYPOGRAPHICAL UNION #7 (CWA LOCAL 14827); PITTSBURGH NEWSPAPER PRINTING PRESSMAN/PAPER HANDLERS UNION #9 (TEAMSTERS LOCAL 24M/9N); PITTSBURGH MAILERS UNION #22 (CWA LOCAL 14842); AND NEWSPAPER, NEWSPRINT, MAGAZINE AND FILM DELIVERY DRIVERS, HELPERS, AND HANDLERS (TEAMSTERS #205/211); NEWSPAPER GUILD OF PITTSBURGH LOCAL #38061; DON MCCONNELL, IN HIS INDIVIDUAL CAPACITY AND IN HIS CAPACITY AS THE PITTSBURGH TYPOGRAPHICAL UNION #7 (CWA LOCAL 14827) PRESIDENT; CHRISTOPHER V. LANG, IN HIS INDIVIDUAL CAPACITY AND IN HIS CAPACITY AS THE PITTSBURGH NEWS PRINTING PRESSMAN/PAPER HANDLERS UNION #9 (TEAMSTER LOCAL 24M/9N) PRESIDENT; JOHN A. CLARK, JR., IN HIS INDIVIDUAL CAPACITY AND IN HIS CAPACITY AS THE PITTSBURGH MAILERS UNION #22 (CWA LOCAL 14842) PRESIDENT; EDWARD A. BOEHM, IN HIS INDIVIDUAL CAPACITY AND IN HIS CAPACITY AS THE NEWSPAPER, NEWSPRINT, MAGAZINE AND FILM DELIVERY DRIVERS, HELPERS, AND HANDLERS (TEAMSTERS #205/211) PRESIDENT; ZACHARY L. TANNER, IN HIS INDIVIDUAL CAPACITY

No. 300 WAL 2023

Petition for Allowance of Appeal from the Order of the Superior Court

AND IN HIS CAPACITY AS THE         :
NEWSPAPER GUILD OF PITTSBURGH   :
LOCAL #38061 PRESIDENT; JOSEPH    :
BAKER; MARCY RUBIN; ROBERT BOYLE;  :
AND ALL OTHERS CONSPIRING, ACTING  :
IN CONCERT OR OTHERWISE          :
PARTICIPATING WITH THEM OR ACTING  :
IN THEIR AID OR BEHALF,            :
                                   :

                  Petitioners

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 25th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.